Fill in this information to identify the case:

Debtor 1  Peter A. Barry

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Connecticut

Case number  15-21020

# Form 4100R
## Response to Notice of Final Cure Payment                                 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, et al.

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 3 8 9

**Property address:** 195 South Main Street
Number    Street

East Granby, CT 06026
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  4/1/2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   _____
MM / DD / YYYY

Debtor 1    Peter A. Barry        Case number (*if known*) 15-21020
           First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Stephanie E. Babin        Date 2/18/2020
    Signature

Print    Stephanie    E.    Babin, Esq.        Title Counsel for U.S. Bank Trust, NA
       First Name    Middle Name    Last Name

Company    Demerle Hoeger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    10 City Square
       Number    Street

       Boston        MA    02129
       City        State    ZIP Code

Contact phone (617) 337 – 4444        Email SBabin@DHNewEngland.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| In re: <br><br> PETER A. BARRY, <br><br> Debtor(s). | Chapter 13 <br> Case No. 15-21020-JJT |
|---|---|

**CERTIFICATE OF SERVICE**

I, Stephanie E. Babin, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this February 18, 2020 served on behalf of US Bank Trust National Association, as Trustee of the Igloo Series III Trust, serviced by BSI Financial Services a Response to Notice of Final Cure Payment and this Certificate of Service by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system or by first-class U.S. mail (M) to those not appearing electronically.

| Peter A. Barry <br> 195 South Main Street <br> East Granby, CT 06026 (M) | Jefferson Hanna, III <br> 484 Main Street <br> Suite 23 <br> Middletown, CT 06457 (ECF) |
|---|---|
| U. S. Trustee <br> Office of the U.S. Trustee <br> Giaimo Federal Building <br> 150 Court Street, Room 302 <br> New Haven, CT 06510 (ECF) | Roberta Napolitano <br> 10 Columbus Boulevard <br> 6th Floor <br> Hartford, CT 06106 (ECF) |
| David A Shaw <br> Marinosci Law Group. P.C. <br> 132 Main Street, Suite 2B <br> Southington, CT 06489 (ECF) | Victoria L. Forcella <br> Linda St. Pierre <br> McCalla Raymer Leibert Pierce, LLC <br> 50 Weston Street <br> Hartford, CT 06120 (ECF) |

/s/ *Stephanie E. Babin, Esq.*
Stephanie E. Babin, Esq.